COUNTY OF EASTERN DISTRICT    UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
# 26868X

---

TRISTAN TAVERAS ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED ACTION,

                         Plaintiff(s)     INDEX#  1:22-CV-3416 HG
       against                                       Date filed 6/9/2022

VALUE SERVICE & REPAIR CORP., ET AL,

                                     Defendant(s)

---

STATE OF NEW YORK                       COUNTY OF ALBANY     1513341

## SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

**EMILY M. CORBETT** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **8/10/2022** at **12:22 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

### SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET,

on **VALUE SERVICE CORP. S/H/A VALUE SERVICE & REPAIR CORP. , Defendant** in this action.

By delivering to and leaving with **NANCY DOUGHERTY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**     Description of the Recipient is as follows:

          A Female with White skin, Brown hair, who is approximately 54 years of age
          and has an approximate height of 5' 1" and approximate weight of 120 pounds.

          Other identifying features are as follows: Glasses.

          _/s/ EMILY M. CORBETT - 08/11/2022_
          Process Server

State of New York
County of Albany

Sworn to before me on This 11 day of August 2022

Notary Public Michelle M. Santspree

                                      Michelle M. Santspree               Emily M. Corbett
                                        Notary Public, State of New York   Notary Public, State of New York
                                        NO. 01SA5047611                  No. 01CO6299470
                                        Qualfied in Albany County         Qualified in Albany County
                                        Commission Expires August 7, 2025  Commission Expires March 24, 2026

PREFERRED PROCESS SERVERS - 166-06 24th ROAD, LL - WHITESTONE, NY 11357 - 718-362-4890