Civil Action No.   1:22-cv-3416 HG


1513343

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

The summons for *(name of individual and title, if any)*  STEVEN BACH

was received by me on *(date)*  8/1/22  .

☐ I personally served the summons on the individual at (place) _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's ~~residence~~ or usual place of ~~abode~~ **business** with (name)
Jane Doe , Co-Worker _____, a person of suitable age and discretion who ~~resides~~ **works** there,
on *(date)* 8/10/22  at  3:41 PM , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

08/11/2022

*Server's signature*

DANIELLE COHEN
*Printed name and title*

166-06 24th Road, Whitestone, NY 11357
*Server's address*

Additional information regarding attempted service, etc:
SERVED AT 86 BROADWAY FREEPORT,NY 11520
FEMALE,WHITE SKIN, BLONDE HAIR, 35-45 YEARS OLD, 5'0"-5'3", 161-200 LBS