UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Tristan Taveras, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                               *Plaintiff,*

    - *against* -

Value Service & Repair Corp., Value Service Corp., Yuval, Inc., Steven Bach, and Susan Bach,

                               *Defendants.*
-----------------------------------------------------------------X

Case No.: 1:22-cv-03416(HG)

**CERTIFICATE OF DEFAULT**

    I, BRENNA B. MAHONEY, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants Value Service & Repair Corp., Value Service Corp., Yuval, Inc., Steven Bach, and Susan Bach (collectively, the "Defaulting Defendants") have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defaulting Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         September 6, 2022

                                            BRENNA B. MAHONEY, Clerk of Court

                                 By: *Jalitza Poveda*
                                       Deputy Clerk