# EXHIBIT A

| Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Damages* |
|---|---|
| Tristan Taveras | $298,763.46 |

| | |
|---|---|
| **TOTAL** | **$298,763.46** |

| Tristan Taveras | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start | End | Weeks | Avg. Hours per Week | Avg. Reg. Hours per Week | Avg. OT Hours per Week | Derived Reg. Rate of Pay | Derived OT Rate of Pay | Avg. Weekly Compensation | Avg. Spread of Hours Days Worked per Week | Avg. Lawful Weekly Pay | Prevailing Min. Wage | Prevailing OT Rate of Pay | Unpaid SOH | Avg. Underpayment per Week | Avg. Total Underpayment | Liquidated Damages | Wage Statement Violations | Wage Notice Violations | PJI | Total Damages |
| 1/1/2018 | 12/31/2018 | 52 | 84.0 | 40.0 | 44.0 | $17.50 | $26.25 | $700.00 | 6 | $1,855.00 | $15.00 | $22.50 | $90.00 | $1,245.00 | $64,740.00 | $64,740.00 | | | | |
| 1/1/2019 | 12/31/2019 | 52 | 84.0 | 40.0 | 44.0 | $17.50 | $26.25 | $700.00 | 6 | $1,855.00 | $15.00 | $22.50 | $90.00 | $1,245.00 | $64,740.00 | $64,740.00 | | | | |
| 1/1/2020 | 3/31/2020 | 13 | 84.0 | 40.0 | 44.0 | $17.50 | $26.25 | $700.00 | 6 | $1,855.00 | $15.00 | $22.50 | $90.00 | $1,245.00 | $16,007.14 | $16,007.14 | | | | |
| 2/1/2021 | 12/31/2021 | 48 | 20.0 | 20.0 | 0.0 | $0.00 | $0.00 | $0.00 | 0 | $300.00 | $15.00 | $22.50 | $0.00 | $300.00 | $14,271.43 | $14,271.43 | | | | |
| 1/1/2022 | 5/31/2022 | 21 | 20.0 | 20.0 | 0.0 | $0.00 | $0.00 | $0.00 | 0 | $300.00 | $15.00 | $22.50 | $0.00 | $300.00 | $6,428.57 | $6,428.57 | | | | |
| | | | | | | | | | | | | | | Total | $129,480.00 | $129,480.00 | $5,000.00 | $5,000.00 | $29,803.46 | $298,763.46 |