# EXHIBIT B

# Activities Export

10/06/2022
5:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/06/2022 | 🕒 | Finalize memorandum of law in support of motion for default judgment.<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 2.25h | $325.00 | - | $731.25 |
| 09/16/2022 | 🕒 | Draft motion for default judgment.<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 5.75h | $325.00 | - | $1,868.75 |
| 08/30/2022 | 🕒 | Draft Motion for Clerk's Certificate of Default<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 08/16/2022 | $ | Process Server<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Alexis Abrego | 1.00 | $334.15 | - | $334.15 |
| 07/28/2022 | 🕒 | Draft letter to Chambers<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 07/25/2022 | 🕒 | Draft letter to Chambers<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 06/15/2022 | $ | Process Server<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Alexis Abrego | 1.00 | $111.90 | - | $111.90 |
| 06/09/2022 | $ | Filing Fee | 00623-Taveras Taveras v. Value Service & | Alexis Abrego | 1.00 | $402.00 | - | $402.00 |

# Activities Export

10/06/2022
5:05 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | ● Unbilled | Repair Corp. et al [22-cv-03416] | | | | | |
| 06/07/2022 | 🕐 | Draft FLSA Complaint<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 1.75h | $325.00 | - | $568.75 |
| 05/24/2022 | 🕐 | Conduct client intake<br>● Unbilled | 00623-Taveras Taveras v. Value Service & Repair Corp. et al [22-cv-03416] | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| | | | | | | | **$0.00**<br>0.00h | **$5,316.80**<br>13.75h |