# EXHIBIT D



PACER Maintenance, 06/12/2022

Our systems will undergo maintenance on Sunday, June 12, 2022 , from 6:55 a.m. to 7:00 p.m. ET. Access to certain portions of this site may be temporarily unavailable.

An official website of the United States government. Here's how you know.

Log in to PACER Systems

| | |
|---|---|
| **Account Number** | 4195686 |
| **Username** | Jlevinepstein |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

Pay Filing Fee for New York Eastern District Court

* Required Information

Payment Amount

Amount Due * **$402.00**

Select a Payment Method

- ○ VISA
  Joshua D. Levin-Epstein
  XXXXXXXXXXXX3054
  07/2022
- ○ **Enter a credit card**
- ○ **Enter an ACH account**

**Note: We protect the security of your information during transmission using Secure Sockets Layer (SSL) software, which encrypts information you submit.**

Next Cancel

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357                             Phone 718-362-4890 -- FAX 718-352-0400
                                                                                                            info@ppservers.com

**Due By: 09/15/2022**
Invoice Date: 8/16/2022
Invoice #: 1513341

Attn:
LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**TOTAL INVOICE AMOUNT DUE**

$334.15

- - - - - - -                                                                                                                    - - - - - - -

**Job #:** 1513341   **Your #:** taveras vs. value
**Plaintiff:** TRISTAN TAVERAS ON BEHALF OF HIMSELF AND
**Defendant:** VALUE SERVICE & REPAIR CORP ET AL
**Index Number** 1:22-cv-3416 HG
**Documents:** SUMMONS IN A CIVIL ACTION - COMPLAINT - CIVIL

**Recipient:** VALUE SERVICE & REPAIR
**Person Served:**
**Date Received:** 8/1/2022
**Completed:** 8/10/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | 1 | $40.00 | $40.00 |
| COPIES | 161 | $0.15 | $24.15 |
| | | Job Total Due = | $129.15 |

**Job #:** 1513342   **Your #:** taveras vs. value
**Plaintiff:** TRISTAN TAVERAS ON BEHALF OF HIMSELF AND
**Defendant:** VALUE SERVICE & REPAIR CORP ET AL
**Index Number** 1:22-cv-3416 HG
**Documents:** SUMMONS IN A CIVIL ACTION - COMPLAINT - CIVIL

**Recipient:** YUVAL INC
**Person Served:**
**Date Received:** 8/1/2022
**Completed:** 8/10/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | 1 | $40.00 | $40.00 |
| | | Job Total Due = | $105.00 |

**Job #:** 1513343   **Your #:** taveras vs. value
**Plaintiff:** TRISTAN TAVERAS ON BEHALF OF HIMSELF AND
**Defendant:** VALUE SERVICE & REPAIR CORP ET AL
**Index Number** 1:22-cv-3416 HG
**Documents:** SUMMONS IN A CIVIL ACTION - COMPLAINT - CIVIL

**Recipient:** STEVEN BACH
**Person Served:** Jane Doe
86 BROADWAY , FREEPORT, NY 11520
**Date Received:** 8/1/2022
**Completed:** 8/10/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| | | Job Total Due = | $65.00 |

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357  Phone 718-362-4890  --  FAX 718-352-0400
info@ppservers.com

Invoice For: LEVIN EPSTEIN & ASSOCIATES PC

| **Job #:** 1513344 | **Your #:** taveras vs. value | **Recipient:** SUSAN BACH | **Date Received:** 8/1/2022 |
|---|---|---|---|
| **Plaintiff:** TRISTAN TAVERAS ON BEHALF OF HIMSELF AND | | **Person Served:** Jane Doe | **Completed:** 8/10/2022 |
| **Defendant:** VALUE SERVICE & REPAIR CORP ET AL | | | |
| **Index Number** 1:22-cv-3416 HG | | 86 BROADWAY , FREEPORT, NY 11520 | |
| **Documents:** SUMMONS IN A CIVIL ACTION - COMPLAINT - CIVIL | | | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Second defendant at same address | 1 | $35.00 | $35.00 |
| | | Job Total Due = | $35.00 |

------------------------------------------------------------------

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$334.15** |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | **$334.15** |

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357         Phone 718-362-4890  --  FAX 718-352-0400

info@ppservers.com

### Click Below To Pay Invoice Online

https://www.ppservers.com/paynow/

Attn:
LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**Due By: 07/15/2022**
Invoice Date: 6/15/2022
Invoice #: 1510579
Job#: 1510579
Client File#: taveras vs. value

**TOTAL INVOICE AMOUNT DUE**

$111.90

- - - - - - -                                                                                                    - - - - - - -

**Job #:** 1510579   **Your #:** taveras vs. value
**Plaintiff:** TRISTAN TAVERAS ON BEHALF OF HIMSELF AND
**Defendant:** VALUE SERVICE & REPAIR CORP, VALUE SERVICE
**Index Number** 1:22-CV-3416 HG
**Documents:** Summons in a Civil Action - COMPLAINT - CIVIL COVER

**Recipient:** VALUE SERVICE & REPAIR
**Person Served:**

**Date Received:** 6/10/2022
**Completed:** 6/14/2022

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Standard Service | 1 | $65.00 | $65.00 |
| Advanced Secretary of State Fee | 1 | $40.00 | $40.00 |
| COPIES | 46 | $0.15 | $6.90 |
| | | Job Total Due = | $111.90 |

**TOTAL INVOICE CHARGES:** $111.90
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $111.90