UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Tristan Taveras, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

- against -

Value Service & Repair Corp., Value Service Corp., Yuval, Inc., Steven Bach, and Susan Bach,

                              *Defendants*.
-----------------------------------------------------------------X

Case No: 1:22-cv-00894

**AFFIRMATION OF SERVICE**

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on October 7, 2022, I have served a true and correct copy of the (i) Court Docket, as of October 7, 2022, (ii) Notice of Motion for Default Judgment [Dckt. No. 19], (iii) Memorandum of Law in Support of the Motion for Default Judgment [Dckt. No. 20], (iv) Affidavit of Tristan Taveras [Dckt. No. 20]; (v) Declaration of Jason Mizrahi, Esq., and the exhibits annexed thereto [Dckt. No. 21], which includes, *inter alia*, the Clerk's Certificate of Default [Dckt. No. 18], by sending the same by regular mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

| | |
|---|---|
| Value Service & Repair Corp.<br>86 Broadway<br>Freeport, NY 11520 | Yuval, Inc.<br>86 Broadway<br>Freeport, NY 11520 |
| Value Service Corp.<br>86 Broadway<br>Freeport, NY 11520 | Steven Bach<br>86 Broadway<br>Freeport, NY 11520 |
| | Susan Bach<br>86 Broadway<br>Freeport, NY 11520 |

Dated: New York, New York
October 7, 2022

By: /s/ Jason Mizrahi, Esq.
Jason Mizrahi, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Telephone: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Cc: All parties via ECF