# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 3, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East, Room 1214 South
Brooklyn, NY 11201-1804

*Re:*   **Taveras v. Value Service & Repair Corp., et al.**
        <u>Case No.: 22-cv-03416 (HG)(VMS)</u>

Dear Judge Scanlon:

      My firm was recently retained by the Defendants in the above-referenced matter. Plaintiff has agreed to withdraw his motion for default judgment and the parties have agreed to attend mediation pursuant to the Court's mediation program. The parties respectfully request that the Court refer this case to the EDNY's mediation program. Defendants request that their time to respond to the complaint be stayed until after the mediation.

                                      **MILMAN LABUDA LAW GROUP PLLC**

                                      <u>/s/ Jamie S. Felsen</u>
                                      3000 Marcus Avenue, Suite 3W8
                                      Lake Success, NY 11042-1073
                                      (516) 328-8899 (telephone)
                                      (516) 328-0082 (facsimile)
                                      jamiefelsen@mllaborlaw.com