**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Tristan Taveras, on behalf of himself and others,
similarly situated in the proposed FLSA                  Case No.: 22-cv-03416 (HG) (VMS)
Collective Action,

                                  **STIPULATED PROTECTIVE**
                        **Plaintiff,**      **ORDER**

        v.

Value Service & Repair Corp., Value Service
Corp., Yuval, Inc., Steven Bach, and Susan Bach,

                        **Defendants.**
-------------------------------------------------------------X

WHEREAS, the parties in the above-captioned action have demanded and may demand

production of certain records during the resolution discussions of this litigation;

WHEREAS, it is anticipated that certain documents would be regarded as proprietary

and/or confidential by the parties; and

WHEREAS, in order to expedite the resolution process, the parties may agree to produce

records for Settlement Purposes Only, yet, still provide a mechanism for protecting against misuse

of confidential or propriety information; and

WHEREAS, Rule 26(c) of the Federal Rules of Civil Procedure provides for entry of a

protective order such as is contained herein.

IT IS AGREED by and among the parties as follows:

1.      This Order shall pertain to corporate, business and financial records, including, but

not limited to, federal and state tax returns tax returns for Defendants, bank records for Defendants,

records of any transfers of funds or property by the Defendants, and documents which show lines

of credit that are accessible to Defendants.

2.      With respect to pages of any document referred in paragraph 1 of this Order, such documents shall be designated as "confidential attorneys' eyes only", shall be treated as confidential, shall not be shared by Plaintiff's counsel with Plaintiff and shall be used solely for the purposes of resolution efforts, and not for any other purpose.

4.      In the event settlement efforts prove to be unsuccessful, the recipient of each confidential attorneys' eyes only document, including all copies of each document and all excerpts or summaries of them, shall be returned to the party that produced them or, at the request of the producing party, destroyed.

Dated:  February 10, 2023

**AGREED:**

For Plaintiff:                                              For Defendants:

BY:   /s/ Jason Mizrahi, Esq.            BY: Jamie S. Felsen, Esq.
Jason Mizrahi, Esq.                           Jamie S. Felsen, Esq.
Levin-Epstein & Associates, P.C.      MILMAN LABUDA LAW GROUP, PLLC
60 East 42nd Street, Suite 4700        3000 Marcus Avenue, Suite 3W8
New York, NY 10165                        Lake Success, NY 11042


SO ORDERED:


---------------------------------------------
Vera M. Scanlon, U.S.M.J.