# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 24, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Vera M. Scanlon, U.S.M.J.
225 Cadman Plaza East, Room 1214 South
Brooklyn, NY 11201-1804

*Re:*   **Taveras v. Value Service & Repair Corp., et al.**
         <u>**Case No.: 22-cv-03416 (HG)(VMS)**</u>

Dear Judge Scanlon:

      I represent the Defendants in the above-referenced matter.

      Defendants respectfully request that their time to respond to the complaint be extended from March 3, 2023 until three (3) weeks after the Court so orders the proposed Stipulated Protective Order (ECF Doc. No. 28).  The reason for this request is that the parties are still attempting to resolve this case and once the Court so orders the proposed Stipulated Protective Order, Defendants will produce tax returns and bank records to Plaintiff to consider for purposes of settlement.  This is Defendants' second request for an extension of time to respond to the Complaint.  The only date that may be affected is the scheduled initial conference on March 28.

      **MILMAN LABUDA LAW GROUP PLLC**

      <u>/s/ Jamie S. Felsen</u>