# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

*<u>Via Electronic Filing</u>*
The Honorable Vera M. Scanlon, U.S.M.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:   *Taveras v. Value Service & Repair Corp. et al*
                <u>Case No.: 1:22-cv-03416-HG-VMS</u>

Dear Honorable Magistrate Judge Scanlon:

      This law firm represents Plaintiff Tristan Taveras (the "Plaintiff") in the above-referenced action.

      Pursuant to Your Honor's directives in Your Honor's March 24, 2023 Order, this letter respectfully serves to provide the Court with a status update in the above-referenced action.

      Counsel for Defendants Steven Bach, Susan Bach, Value Service & Repair Corp., Value Service Corp., Yuval, Inc. (collectively, the "Defendants") anticipates disclosing certain payroll and/or timekeeping requires in advance of the mediation. To that end, the parties are waiting for the Court to so-order the proposed protective order filed on February 10, 2023 [Dckt. No. 28], before scheduling a mediation with mediator Roger Briton.

      Thus, the parties have not yet scheduled a date for the virtual mediation session.

      Thank you, in advance, for your time and attention.

                              Respectfully submitted,

                              LEVIN-EPSTEIN & ASSOCIATES, P.C.

                       By: */s/ Jason Mizrahi*
                            Jason Mizrahi
                            60 East 42nd Street, Suite 4700
                            New York, NY 10165
                            Tel. No.: (212) 792-0048
                            Email: Jason@levinepstein.com
                            *Attorneys for Plaintiff*

VIA ECF: All Counsel