## MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 8, 2023

**VIA ECF**
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1804

*Re:*   **Taveras v. Value Service & Repair Corp., et al.**
           **Case No.: 22-cv-03416 (HG)(VMS)**

Dear Judge Scanlon:

      I represent the Defendants in the above-referenced matter. Pursuant to Judge Gonzalez's Order from earlier today, enclosed is a copy of the settlement agreement entered into between the parties that was provided to me by the Defendants. As I previously informed the Court, I was not involved in the negotiation of this agreement nor did I draft the agreement.

                                  **MILMAN LABUDA LAW GROUP PLLC**

                                  /s/ Jamie S. Felsen

cc: All Counsel of Record